UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL D. BRYANT,<br><br>                    Plaintiff,<br><br>    v.<br><br>NORTHERN NEVADA CORRECTION CENTER CULINARY, et al.,<br><br>                   Defendants. | Case No. 3:20-cv-00187-MMD-WGC<br><br>ORDER |

**I.   DISCUSSION**

This action began as a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an incarcerated individual. (ECF No. 1-1.) On March 25, 2020, the Court sent Plaintiff an order noting that he had not filed an application to proceed *in forma pauperis* or paid the filing fee. (ECF No. 3.) The Court ordered Plaintiff to file an application to proceed *in forma pauperis* or pay the filing fee withing 60 days and stated that the case would be dismissed without prejudice if Plaintiff failed to timely comply with the Court's order. (*Id.*)

Plaintiff did not file a timely application to proceed *in forma pauperis* or otherwise respond to the Court's order. On June 3, 2020, the Court dismissed this case in its entirety without prejudice. (ECF No. 4.) Plaintiff has now filed an application to proceed *in forma pauperis* (ECF No. 6.) Because this case has been dismissed in its entirety, the Court denies Plaintiff's motion to proceed *in forma pauperis* as moot. However, for Plaintiff's benefit, the Court notes that because this case has been dismissed without prejudice, Plaintiff is free to pursue his claims in a new action by filing a complaint and an application to proceed *in forma pauperis* in a new case.

**II.   CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 6.) is denied as moot.

It is further ordered that the Clerk of the Court send Plaintiff the approved form for

1
2
3
4
5

filing a § 1983 complaint, instructions for the same, and a copy of his original complaint (ECF No. 1-1), as well as the approved form application to proceed *in forma pauperis* by an inmate, the document entitled information and instructions for filing an *in forma pauperis* application, and a copy of his motion to proceed *in forma pauperis* (ECF No. 6).

DATED THIS  29th day of June 2020.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE